IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TRAVIS FLOWERS**                                                                                     **PLAINTIFF**

**vs.**                             **CIVIL ACTION No.: 3:21-CV-393-HTW-LGI**

**LOUIS DEJOY, et al**                                                  **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 16]**. In her Report and Recommendation, filed on May 17, 2022, Magistrate Judge Isaac recommended that this case be dismissed without prejudice for: (a) Plaintiff's failure to effectuate service on the Defendants; and (b) Plaintiff's failure to comply with the Court's Show Cause Order [11] and Second Show Cause Order [13]. Magistrate Judge Isaac directed the parties to file any objections to her recommendation within fourteen (14) days.

On June 1, 2022, Plaintiff Travis Flowers filed his Responses to the Magistrate Judge's Report and Recommendation, and her Show Cause Orders [17]. Plaintiff's submission, a letter addressed to Magistrate Judge Isaac, offers no legal explanation for Plaintiff's failure to effectuate service on the Defendants. In defense of his failure to respond to the Show Cause Orders, Plaintiff states merely that he "was un-aware of what the title Show Cause [meant] and mistakenly forwarded [his] statement back to the Court Clerk's office or Office of Docket Operations." [17]. Plaintiff's Response is insufficient to persuade this court to overturn the Magistrate Judge's findings.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 16]**, this court finds it well-taken. Magistrate Judge Isaac carefully

considered the submissions of the parties, the record, and relevant law, and crafted a well-versed Report and Recommendation. Therefore, this court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the Order of this court.

IT IS THEREFORE ORDERED THAT this matter is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust and failure to respond to the Court's Orders.

**SO ORDERED this the 26th day of April, 2024.**

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**